Johnny Curthus Murray
FULL NAME

Johnny C Murray
COMMITTED NAME (if different)

Po Box 5500
FULL ADDRESS INCLUDING NAME OF INSTITUTION

WASCO CAl 93280

BD4172...
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT
SEP 27 2017
CENTRAL DISTRICT OF CALIFORNIA
BY [illegible] DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Johnny Curthus Murray...

PLAINTIFF,

Ventura County Sheriff's DePartment...
2P. Donnlie. DeP. Gillroy. DeP SGt. Montumez

DEFENDANT(S).

CASE NUMBER
LA17CV07121-CAS(AS)
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No

2. If your answer to "1." is yes, how many? 1

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

I was forced to Go UP And Down Stares. I Have Sezer EPilePS.
I WAS Hand cuffed Behind my Back and Had Sezer on StAierz.
I Rilly cant Rember Every Thing As I've sead I Have Sezar
EPilePSY And my Mimery Is Not That Good Do To Head Trama.
It WAS setaled out of Court for 10.000 Dollers....

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 25 2017
CENTRAL DISTRICT OF CALIFORNIA
BY [illegible] DEPUTY

a. Parties to this previous lawsuit:
Plaintiff Johnny Murray.

Defendants California Department of Corrections.

b. Court United States District Court, Central District of California.

c. Docket or case number Im Sorry I dont Recall. (Head Trauma)

d. Name of judge to whom case was assigned Dont Recall "

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) Out of Court Setulment...

f. Issues raised: Medical. ADA... Disobaying Doctors orders.

g. Approximate date of filing lawsuit: Im Sorry Dont Recall. (Head Trauma)

h. Approximate date of disposition " "

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

If your answer is no, explain why not

3. Is the grievance procedure completed? ☒ Yes And ☒ No

If your answer is no, explain why not My Grievance's where forwarded to Medical Superviser, A Sargent, Harris sead Grievance's was closed Pleas see Exibit #3-5

4. Please attach copies of papers related to the grievance procedure.
Pleas see Exibit 1 Inmate Grievance's

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Johnny Curtis Murray...
(print plaintiff's name)

who presently resides at ______,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
Ventura, County Jail. F4. Cell 06. Ventura County Calif. 93000
(institution/city where violation occurred)

on (date or dates) May 1, 2017. (Claim I), ________ (Claim II), ________ (Claim III).

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant Ventura County Sheriffs DePartment resides or works at
(full name of first defendant)
800 S Victoria Ave Ventura CA 93009
(full address of first defendant)
Ventura County Sheriffs DePartment
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
BY There Actions Seard Inmate Received Grave InJurYS. And Run The Posibility of A Broken Neck ect. While All staff Knew of Inmates Sever Medical Condition. for over A Year...

2. Defendant DePuty Donnlie resides or works at
(full name of first defendant)
800 S Victoria Ave Ventura Ca. 93009
(full address of first defendant)
DeP. Sheriff. Jailer. for E4 Quad...
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
DeP Donnlie Stated Did not care About Murray's Medical needs. Even Thoug He was Present for Some of Murray's Atacks. Did not care of InPending Danger

3. Defendant Sheriff officer Gilroy. resides or works at
(full name of first defendant)
800 S Victoria Ventura Ca 93009
(full address of first defendant)
Classification DePuty. for Housing Inmates.
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
DePutY Gilroy Housed Murray for 16 Months Knew of His Disabilitys And His needs To Protect Murray's SaftY He Delibratly Housed Murray In Harms way. Knowing Murray Would Resive Sever InJurYS As Murray Stated to Him. Yet He Placed Murray on A ToP Bunk

4. Defendant Sargent Monta Meraz resides or works at
(full name of first defendant)
800 S Victoria Ave Ventura CA 93009
(full address of first defendant)
Sargent for Medical At Ventra Count Jail
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Sead He Spoke with Medical Docter Hoffimen Sead She Cleard Murray for top Bunk. Knowing Murray Had Seser Grand Mail Seserze

5. Defendant ______ resides or works at
(full name of first defendant)
______
(full address of first defendant)
______
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

The RiGHt to EQual Protetion under the law. The officers Named In this CivalCase. Uiulated the RiGHts of Defendent Eu? Persons Born In the United State of America Is Intittuled to EQual Proo tection of the law nomatter if He/She, is A Prisner, A free Person A Person with Disabilitys or Defermitys Thess officers took it upon there selfs to Act Above the Laws that Protect US. Citezans And Ienored the Server Inpending Dange that where Inflicting on The Defendent not only fizicly. But Mentaly And Emotionly. Thus All the Officers Put Defendent In Sever DanGer Posubel Death of A Broken neck or whers CriPeld for the Rest of His life from a Broken neck from a fall. from 7 feet

These officers acted out of Coler of the law The Same officers ~~Defendent~~ Plantiff looked to for Protection. of His medical need And In Retun He was Treated with Ruthless DisRegard for His Safty

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Dep, Donnlie. Uiolated the ~~Defendents~~ Plantiffs RiGts By Delibritly Puting Him In danGer. And Stateing He would charG Defendent with a felony charGe If the Defendt Did not obay His Derect orders. Knowing the Defendst. Medical needs...

DeP. Gillroy Uilated ~~Defends~~ Plantiffs RiGtS. By Acting with Delibrit Indefrence to Defends medical need. Even talking to Defendent when Defudidt Refused To live on Top Bunk A Gine Defendent was Thretend By this officer And told Defendent He Talked to SGt. Montanez. And cheif medical Officer. And cleard ~~Defendent~~ PlaynTiff for top Bunk...

SarGent. Montamera2. Sead He SPoke to His Staff. Clasfiction and was informed medical Cleard for Top Bunk. Sead He Him Self talked To cheff medical offecer And cleard Defdent. for ToP Bunk with Same threts as officers. Told Defdent There would Be no Moves sead Staff Are In formed To write you up If You do not follow orders. I the ~~Defedant~~ Plantiff Just do think medical is Going to Put them self at Risk.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

Each officer Named in this Suit. Acted with Malice. And for Thought to the In Pending Danger The Plaintiff ~~Defendant~~ faced. Even After the Plaintiff Begged And Pleaded. with Each officer showing his well Documented Disorder. Each Saying They Know of the Disorder. But Did not care.

I the ~~Defendent~~ Plantiff Ask the Courts to Grant me the following Relife. As Each Exibit Shows The Defendents in this Case Acted with TotTal DisRegard for my Safty.

Pain and Suffering. 6.000.000.00

Mental Stress And Anguish. 5.000.000.00

Punitive DAmeGes. 5.000.000.00

Tottel.. 16.000.000.00

9.20.17
(Date)

[signature]
(Signature of Plaintiff)

Exibit... 1..

In Dex Pages 3.

Inmate Grievance.. 5. Date Issued. 5/3/17.

Grievance No. 61116..

Grievance. No 61124... Date Issued 5/3/17.

Resolution... form.. Date. Resolved. 5/?/17 9.55:26 AM

8 copys

| | | | | | |
|---|---|---|---|---|---|
| DATE / [illegible] ISSUED : | 5/3/2017 11:50:47 | STAFF : | Fleck | INMATE : | Murray, John |
| DATE / [illegible] RECEIVED : | 5/4/2017 04:30:38 | STAFF : | Laguna | BOOKING NO. : | 1982042 |
| | | | | HOUSING LOCATION: | MJ-4-F -4 -06 |
| | | | | DATE : | 5/3/2017 11:51:22 |
| | | | | GRIEVANCE NO.: | 61116 |

JN

1 of 3

# INMATE GRIEVANCE RESOLUTION FORM

## RESOLUTION:

**Mr. Murray,**

**I have received your grievance and reviewed your medical record. We are sorry to hear of your seizure and resulting fall from the top bunk, and hope that you are recovering well. Mr. Murray in the future if you encounter this issue, please submit a blue kite asap so that you can be seen by a provider and have all necessary MTO's in place. In a jail of this size, the best practice is to place all requests for medical care in writing as opposed to relying on verbal requests, just as you have done in the past. Unfortunately medical staff is not allowed to provide printed paperwork generated from custody's database to currently incarcerated inmates. Upon release, you may request a copy of all medical records for $15. We do hope that you begin to feel better, and encourage you to continue communicating with medical staff in writing should you need any additional assistance.**

**Thanks**

**NOTE:** ***If you are dissatisfied with the grievance resolution, you may appeal the resolution by completing the appeal section below. Attach prior grievance forms(s) and direct to the next highest level.***

| | | | | |
|---|---|---|---|---|
| ☐ | 1. HOUSING OFFICER | | SERIAL NO. | DATE |
| ☐ | 2. LEVEL SUPERVISOR | | SERIAL NO. | DATE |
| ☑ | 3. MEDICAL SUPERVISOR | James | SERIAL NO. FP #5 | DATE 05/08/2017 09:50:26 |
| ☐ | 4. MEDICAL MANAGER | | SERIAL NO. | DATE |
| ☐ | 5. CUSTODY COMMANDER | | SERIAL NO. | DATE |

**BRIEFLY STATE YOUR GRIEVANCE RESOLUTION APPEAL:**

[illegible] Apauled At Your Acusation AS IF this was my falt As for me [illegible]ting Better. Yes I will. with no help from your Medical I'm In Sever Pain with [h]eadacks from Banging my Head of The Concreat floor from a Bunk 7 feet [Y]our Medical Pile Sucks, No Pain Meds nothing No one even Botherd to see me aft[er] took my Temputer, ok your Good Gave me Exsedrin for two days for my B[...] [illegible] All, And know You Imply This is my falt. look In Your own Word[s] [illegible] Say we Are Not Alowed Are Medical Records or Eny Thing out of Deputys [Co]mputers So How was I to know, It Your Responsubility To Make [s]ure my Medical is took Care of I'v Been In Your Jail two Years, And never Had Problem with my lower lower, know the Deputys Are Saying Medicals falt, [M]edical Said its the Deputys falt, know You Are Saying my falt [M]y MTO was Issued April 11, 2016 MTA Britny, MTA Country, MTA [illegible] Garcia Said Efective MTOS Never Expier they Goin to Deputy [C]omputers And Classifiction, Untill the Inmate is Relesed from Custody [illegible] may Be Medical needs to Git with Custody to make shure no one Els is Sever[ly] hurt.... Clasifction, Deputy Gillroy On 5-12-17, Gave Grevenc Back Said th[is] or you will Recive major for

DATE / TIME ISSUED 5/3/17 1150 STAFF 5039

DATE / TIME RECEIVED 5/3/17 0430 STAFF 5129

INMATE: JOHN MURRAY
BOOKING NO. 1982042
HOUSING LOCATION MJ-4-F-4-6
DATE 5/3/17

GRIEVANCE NO. 61116

MEDICAL
# INMATE GRIEVANCE FORM

2 of 3

**If, while in the Ventura County Jail system, you have a complaint regarding your CUSTODY TREATMENT, MEDICAL TREATMENT, or other related CUSTODY PROBLEMS, you may complete the following INMATE GRIEVANCE FORM. Every attempt will be made to resolve your grievance at the first level; however, it may be necessary to bring your grievance to higher levels for resolution.**

***Grievances may be filed in all matters EXCEPT decisions handed down by the court.***

**BRIEFLY STATE YOUR GRIEVANCE: I** Johnny C. Murray, have the following grievance

I've asked for copys of any and all Reports by medical Regarding the May 1st incident in 24-08 I Had a Sezer on the Top Bunk and fell or floped off of the Bunk when I was assigned to a lower Bunk lower Tier, Busting my Head open, frakshering my T12 Vertubra in my Back. As well as multipal muscal strain Deep Brusing in Ribs - Thigh Right side I was sent to out side Hospital. Medical Blood test's MRI's XRay where Taken Regarding Injurys to my Back Head side Right. I would like any and all Reports By the Doctor that came to my Cell as well as the Nurse on May 1st. And All the Reports from VCMC Hospital. any and all Blood test's. All medical Records from May 1 2017 from 8AM to May 2, 12pm. And would like Copy of lower/lower Chrono,

Thank You for Your Time and Consideration [illegible] asked Deputy's Sgt. Montemayor. Said Need Court order from a Judge. [illegible] I [illegible] need Court order to git Med Records [illegible] Deputy Lewis. And other [illegible] Reports. Said need Judge to Sign [illegible] Records [illegible] need Signature [illegible] Any And All Records/Reports By Doctor's/Nurse's from May 1st to May 2, 12pm, Regarding Murray in Cell 24-08 Sezer And falling from Top Bunk was Not Supoze to be on Top Bunk And would like Copy of lower/lower Chrono, Showing lower Tier lower Bunk, All the Records are [illegible] and the officers Reports have to do with medical Thank You.

[illegible] Knows why I would need [illegible]

DATE / TIME ISSUED 5/31 2304 STAFF 5129

DATE / TIME RECEIVED 5/4/17 0858 STAFF 5039

INMATE: MURRAY, John
BOOKING NO. 1982042
HOUSING LOCATION MS-4-E-4-08
DATE 5/3/17

GRIEVANCE NO. 61124

Staff Reports

Classification sent to med. send this is medical classification Deputy Gilley 5/10/2017

# INMATE GRIEVANCE FORM

3 of 3

If, while in the Ventura County Jail system, you have a complaint regarding your CUSTODY TREATMENT, MEDICAL TREATMENT, or other related CUSTODY PROBLEMS, you may complete the following INMATE GRIEVANCE FORM. Every attempt will be made to resolve your grievance at the first level; however, it may be necessary to bring your grievance to higher levels for resolution.

*Grievances may be filed in all matters EXCEPT decisions handed down by the court.*

**BRIEFLY STATE YOUR GRIEVANCE: I** Johnny C. Murray **have the following grievance**

[handwritten text, largely illegible] 4/17/2017. I was found guilty ... I was seen by the Watch Commander on 4/17/2017 he placed me in safty cell ... for 24 Hrs, I was released and moved to E4-09. ... I informed the Deputy that I could not be in top bunk. I was placed in holding cell 2 in E-Quad until they could find me a nother cell. As a inmate Edward Leonard was in Cell 08 and he had a lower chrono, I was moved in to cell E4-08 top. The Deputy said it was for only a night. Turned in to 4/18/2017 to May 1, 2017, 14 days of being ... refusing to go to the cell. Threatened with Mace. All because I asked for a lower bunk. There was ... Medical staff that told the Deputys Inmate Murray needs to be put on lower bunk ... said its being worked on. Others said the Jails over crowded. So I was not moved ... tried to sleep on floor. Deputy said its a security breach I need to be on the bunk. Threatened with Mace if I did not follow a direct order. And place my bedding on my bunk. Its a threat to the safty of Deputys if we have to rush in the cell so after being ... I complied. I was never moved. Medical staff Ms. Garcia, Ms. ..., Ms Britany told Deputys I need a lower bunk and told Deputys both inmates in cell E4-08 have lower lowers. I was never moved, and on May 1, 2017 I had Epilestic Seizer and fell off top bunk, busting my head open among other injurys, found at VCMC Emergency Room MRIs XRays one my T.12 ... is craked in my back, Deputy ... came to see how i was, informed me ... Reports ... Photos where taken of the Emergency Sien of cell E4-08. And you. I'd like copys of theses reports & pictures please. Thank you. As I dont remember much. I've got a major concushion. ... my head ... bad headacks. The concreat were. So with all do respect to all Deputys, Doctors, nurses ... Thank you for your help in seeing I was medically treated. But this ... said, I Johnny C. Murray # 1982042, E4-08, would like copys of all Deputys responding reports. And all pictures taken at the time of the Emergence in ... Inmate Johnny Murray 198204 in E4-08 Deputy Gilliss said finish on backside →

SO-1011 (Rev 6/09) DISTRIBUTION White - To Inmate. Canary - To Inmate Jacket

Please see backside   Please see backside   Please see back

Exibit. 2...

Declaration.. Under Penalty of Perjury...

Sined By Edward Leverch.. Date... 8/6/2017

Number of Pages. 1

# Declaration

Under Penalty of Perjury...

Re for May 1st 2017 Deputys of Ventura County Jail Where Told By Medical Nurses... Miss Kathy... Miss Garcia Miss Courtney That Johnny Murray Needed to Be Placed on a lower Bunk. That He Has a MTO for A lower Bunk. Deputy Donnily SGT Wentworth Deputy Gilroy... Told Johnny Murray That They Spoke With The Cheif Medical officer As well As Doctor Hoffman And the SGT Said He Dep Donnily And Classification officer Gilroy where Told Johnny Murray was cleared By Medical Staff. Murray Was Told By Deputy Donnily If he did not stop Manipulating Staff He would Recive A Major Write UP And also Informed Johnny Murray That If He Put His Mattress on The floor He was informed By SGT Wentworth to Write Him up for Attempted [illegible] County And a DA Refer for A fellony ESCAPE charge... Forcing Johnny Murray to a Top Bunk By Treats of fellony Charges. And Admiting He Knew of Johnnys Epileptic Disorder. On May 1st 2017 I Edward Leonard was Johnnys cell mate. I Had a lower [illegible] Who [illegible] My Self for Epileps I was Talking To A Nother Inmate At the Door Johnny was Reading A Book on His Bunk Top Bunk Johnny Started Having a Grandmal Sezer. I Could not Get to Him Befor He fell of the top Bunk I was Shocked I Pushed the Emergency Button They did not Believe me untill I Pushed it And told them theres Blood every where Johnny Busted His Head open When He Hit the Concret floor from 7 feet. I was Took out the cell so I do not Know How Bad He was Hurt But there was Blood Every where Johnny was taken to the Hospital Under Penalty of Perjury... I make this Declaration. Sing. [signature]

08/06/2017

Exibits 3....

PAGES. 3...

Exibits... Inmate Requests for Services...
DAtes.... 1 thru. 5.
4/18/17 (E-1)
5/2/17 (E-2)
5/4/17 (E-3)
5/5/17 (E-4)
5/9/17 (E-5)

To Medical Staff, Dr. Hoffman And James

VENTURA COUNTY SHERIFF'S OFFICE
INMATE REQUEST FOR
INFORMATION OR SERVICE

NAME [handwritten, illegible] BKG # 1982042
DATE 4/15/2017 TIME 2
LOCATOR: QUAD E 4 Quad CELL 08
MAIN JAIL X TODD ROAD ____ EAST VALLEY ____

SPECIFIC REQUEST Medical Supervisor James would you Please Inform Classification of my M.T.O. of Epileptic Seizures And That I Can not Be Put on Top Bunk And To Time my MTO's Have Been In Place Since April 11, 2016, for Low/Lower! Medical And [illegible] Knows I Have Epilepsy

INMATES: DO NOT WRITE IN SHADED AREA

For staff use only
( Boxes below should be checked in ink )

ROUTE TO ( check one )

- ☐ Chaplain
- ☐ Central Inmate Records (CIR)
- ☐ Commissary
- ☐ Inmate Services
- ☐ Parole
- ☐ Probation Department
- ☐ Public Defender
- ☐ Other ____

REVIEWED AND ROUTED BY Dep [signature] #5312

ACTION TAKEN Per officer Gilloy Custody Classification your MTO's have been cleared by Medical Staff You'd Been Appropriately Housed.

DATE April 20/17 TIME 7:15 BY [signature]

RETURN TO (Inmate): MJ ✓ TR ____

SO-1012 ( Rev. 7/03 )

Exhibit 2

VENTURA COUNTY SHERIFF'S OFFICE
INMATE REQUEST FOR
INFORMATION OR SERVICE

NAME [handwritten, illegible] BKG # [illegible]
DATE 5/ /2017 TIME [illegible]
LOCATOR: QUAD [illegible] CELL [illegible]
MAIN JAIL X TODD ROAD ____ EAST VALLEY ____

SPECIFIC REQUEST Medical Supervisor James [illegible] In Regards to [illegible] A.D.A. Act. [illegible] should [illegible] [illegible] Inmates such as myself from Being forced Into [illegible] Injuries [illegible] we are Not [illegible] to Have the MTOs for [illegible] So In fact [illegible] It is Pertinent I Know [illegible] Hurt... It would Have Known the [illegible] I Could Have took Care of it, But we are not [illegible] [illegible] Medical Records or MTOs I think that Rule Puts Inmates At Risk of Severe Injury & As You Know The size of [illegible]

INMATES: DO NOT WRITE IN SHADED AREA

For staff use only
( Boxes below should be checked in ink )

ROUTE TO ( check one )

- ☐ Chaplain
- ☐ Central Inmate Records (CIR)
- ☐ Commissary
- ☐ Inmate Services
- ☐ Parole
- ☐ Probation Department
- ☐ Public Defender
- ☐ Other ____

REVIEWED AND ROUTED BY Med Sup James [illegible]

ACTION TAKEN [illegible handwriting]

DATE ____ TIME ____ BY ____

RETURN TO (Inmate): MJ ____ TR ____

VENTURA COUNTY SHERIFF'S OFFICE
INMATE REQUEST FOR
INFORMATION OR SERVICE

EXHIBIT

NAME [illegible] BKG # [illegible]

DATE [illegible] TIME [illegible]

LOCATOR: QUAD [illegible] CELL [illegible]

MAIN JAIL x TODD ROAD ____ EAST VALLEY ____

SPECIFIC REQUEST [illegible handwriting]

INMATES: DO NOT WRITE IN SHADED AREA

For staff use only

( Boxes below should be checked in ink )

ROUTE TO ( check one )

- ☐ Chaplain
- ☐ Central Inmate Records (CIR)
- ☐ Commissary
- ☐ Inmate Services
- ☐ Parole
- ☐ Probation Department
- ☐ Public Defender
- ☐ Other ____

REVIEWED AND ROUTED BY 3743

ACTION TAKEN

800 S. VICTORIA AVE
VENTURA, CA 93009
(805) 654-2375

DATE ____ TIME ____ BY ____

RETURN TO (Inmate): MJ ____ TR ____ EV ____ Other ____

SO-1012 ( Rev. 7/03 )

EXHIBIT

VENTURA COUNTY SHERIFF'S OFFICE
INMATE REQUEST FOR
INFORMATION OR SERVICE

NAME [illegible] BKG # [illegible]

DATE 5.5.2017 TIME 11:40 [illegible]

LOCATOR: QUAD F-4 CELL [illegible]

MAIN JAIL X TODD ROAD ____ EAST VALLEY ____

SPECIFIC REQUEST [illegible handwriting]

INMATES: DO NOT WRITE IN SHADED AREA

For staff use only

( Boxes below should be checked in ink )

ROUTE TO ( check one )

- ☐ Chaplain
- ☐ Central Inmate Records (CIR)
- ☐ Commissary
- ☐ Inmate Services
- ☐ Parole
- ☐ Probation Department
- ☐ Public Defender
- ☐ Other ____

REVIEWED AND ROUTED BY Officer Pike 3928

ACTION TAKEN

No Info In Computer of Type of Housing And or Fall

DATE ____ TIME ____ BY ____

RETURN TO (Inmate): MJ ____ TR ____

Exibit 5

**VENTURA COUN[TY S]HERIFF'S OFFICE**
**INMATE REQUEST FOR**
**INFORMATION OR SERVICE**

NAME Johnny Murray  BKG # 1982042

DATE 5/9/2017  TIME ______

LOCATOR: QUAD FH  CELL 08

MAIN JAIL X  TODD ROAD ______ EAST VALLEY ______

SPECIFIC REQUEST [illegible] Grievance [illegible] Back to me [illegible] closed [illegible] to Pursue the Grievance [illegible] will not let me [illegible] [illegible] [illegible] [illegible] [illegible] I [illegible] like to know why I can't further my grievance.

**INMATES: DO NOT WRITE IN SHADED AREA**

For staff use only
*( Boxes below should be checked in ink )*

**ROUTE TO ( check one )**

- ☐ Chaplain
- ☐ Central Inmate Records (CIR)
- ☐ Commissary
- ☐ Inmate Services
- ☐ Parole
- ☐ Probation Department
- ☐ Public Defender
- ☐ Other ______

**REVIEWED AND ROUTED BY** SIMON 5295

**ACTION TAKEN** Grievance was considered closed by Sgt Harris

DATE ______ TIME ______ BY ______

**RETURN TO (Inmate):** MJ ______ TR ______ EV ______ Other ______

SO-1012 ( Rev. 7/03 )

Exibit. 4.

E. R. Medical Records. 1 of 11. PAGeS.

By. Docter. BinKowSKi. Allison M.

Primery Nurs. Erin.

**Ventura County Medical Center**
**3291 Loma Vista, Ventura, CA. 93003**
**(805) 652- 6000**
Discharge Instructions (Patient)

**Name:** MURRAY, JOHNNY **Current Date:** 5/1/2017 18:21:27 America/Los_Angeles
**DOB:** 5/14/1968 12:00 AM **MRN:** 0000884034 **FIN:** 2004157209
**Reason For Visit:** Fall; Seizure; seizure
**Discharge Diagnosis:** Grand mal seizure

**Visit Date:** 5/01/2017 9:49 AM America/Los_Angeles
**Address:** 20 S LINDEN DR VENTURA CA 930041233
**Phone:** (805) 509-3337

**Primary Care Provider:**
**Name:** Chan, Tiffany C
**Phone:** (805) 641-5600

**Emergency Department Providers:**
Primary Provider:
Binkowski, Allison M

Primary Nurse:
Erin

Ventura County Medical Center would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

**Comment:**

MURRAY, JOHNNY has been given the following list of follow-up instructions, prescriptions, and patient education materials:
**Follow-up Instructions:**

| With: | Address: | When: |
|---|---|---|
| Return to the ER immediately if you have new or worsening symptoms including headache, vomiting, lightheadedness or dizziness, or recurrent seizures | | |

Confidential Saved 2017-08-21T14:34:03Z

**With:** **Address:** **When:**

DILANTIN DOSE SHOULD BE INCREASED TO A TOTAL OF 330mg BEFORE BED EVERY DAY. REPEAT DILANTIN LEVELS IN 4 WEEKS.

**Patient Education Materials:**
HEAD INJURY w/ Wake-Up (Adult); SEIZURE, Recurrent [Adult]

## Head Injury with Sleep Monitoring (Adult)

You have a head injury. It does not appear serious at this time. But symptoms of a more serious problem, such as mild brain injury (concussion), or bruising or bleeding in the brain, may appear later. For this reason, you and someone caring for you will need to watch for the symptoms listed below. Once at home, also be sure to follow any care instructions you're given.

### Home care

#### Watch for the following symptoms

Someone must stay with you for the next 24 hours (or longer, if directed). If you fall asleep, this person should wake you up every 2 hours to check your symptoms. This is called sleep monitoring. Symptoms to watch for include:

- Headache
- Nausea or vomiting

Confidential Saved 2017-08-21T14:34:03Z

- Dizziness
- Sensitivity to light or noise
- Unusual sleepiness or grogginess
- Trouble falling asleep
- Personality changes
- Vision changes
- Memory loss
- Confusion
- Trouble walking or clumsiness
- Loss of consciousness (even for a short time)
- Inability to be awakened
- Stiff neck
- Weakness or numbness in any part of the body
- Seizures

**If you develop any of these symptoms, seek emergency medical medical care right away.** If none of these symptoms are noted during the first 24 hours, keep watching for symptoms for the next day or so. Ask your provider if someone should stay with you during this time.

**General care**

- If you were prescribed medicines for pain, use them as directed. Note: Don't use other pain medicines without checking with your provider first.
- To help reduce swelling and pain, apply a cold source to the injured area for up to 20 minutes at a time. Do this as often as directed. Use a cold pack or bag of ice wrapped in a thin towel. Never apply a cold source directly to the skin.
- If you have cuts or scrapes as a result of your injury, care for them as directed.
- For the next 24 hours (or longer, if instructed):
    - Don't drink alcohol or use sedatives or other medicines that make you sleepy.
    - Don't drive or operate machinery.
    - Don't do anything strenuous, such as heavy lifting or straining.
    - Limit tasks that require concentration. This includes reading, using a smartphone or computer, watching TV, and playing video games.
    - Don't return to sports or other activity that could result in another head injury.

### Follow-up care

Follow up with your healthcare provider, or as directed. If imaging tests were done, they will be reviewed by a doctor. You will be told the results and any new findings that may affect your care.

### When to seek medical advice

Call your healthcare provider right away if any of these occur:

- Pain doesn't get better or worsens
- New or increased swelling or bruising
- Fever of 100.4°F (38°C) or higher, or as directed by your provider
- Redness, warmth, bleeding, or drainage from the injured area
- Any depression or bony abnormality in the injured area
- Fluid drainage or bleeding from the nose or ears

© 2000-2016 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Recurrent Seizure (Adult)

You have had another seizure today. A common cause of seizures that keep happening (recurrent seizures) is missing doses of seizure medicine. But sometimes seizures are difficult to control even when you take the medicine correctly. If this is the case for you, your health care provider may need to increase your dosage. Or you may need to add or change to another medicine.

### Home care

Follow these tips when caring for yourself at home. For this seizure:

- Seizures aren't predictable. So avoid doing anything that might cause danger to you or

other people if you have another seizure. Until the seizures are under good control, take these precautions:

- Don't drive, ride a motorcycle, or ride a bicycle.
- Don't operate dangerous equipment such as power tools
- Take showers instead of baths.
- Don't swim or climb ladders, trees, or roofs.

- Tell your close friends and relatives about your seizure. Teach them what to do for you if it happens again.
- If medicine was prescribed to prevent seizures, take it exactly as directed. It does not work when taken "as needed." Missing doses will increase the risk of having another seizure.
- If you miss a dose, take the missed dose as soon as you remember. If it is almost time for your next dose, skip the missed dose. Restart the medicine at your next scheduled time. Don't take extra medicine to make up the missed dose.
- Wear a "Medic-Alert" bracelet to let emergency personnel know about your condition.

For future seizures, if you are alone:

If you feel a seizure coming on, lie down on a bed or on the floor with something soft under your head. Lie on your side, not on your back. This will keep you from falling. It will also let fluid drain out of your mouth and prevent choking. Be sure you are clear of any objects that might injure you during the seizure. Call for help if there is time.

For future seizures, if someone is with you:

The person should help you get into a safe position and call for help. The person shouldn't try to force anything in your mouth once the seizure begins. This could harm your teeth or jaw.

## Follow-up care

Follow up with your health care provider. Keep a seizure calendar to record how often you have a seizure. If you are being started on anti-seizure medicine, make sure that you use additional pregnancy protection. Seizure medicine can affect how well birth control pills work, and you could become pregnant. Avoid alcohol until your doctor tells you it's OK.

Note: For the safety of yourself and others on the road, certain states require that the treating doctor tell the Public Health Department about any adult who is treated for a seizure and is at risk of more seizures. In this case, the Department of Motor Vehicles will be told. A restriction will be put on your driver's license until a doctor gives you medical clearance to drive again. Contact your treating doctor to find out if your state requires the reporting of patients with a seizures condition.

## When to seek medical advice

Call your health care provider right away if any of these occur:

Confidential Saved 2017-08-21T14:34:03Z

- Seizures happen more often or last longer than usual
- A seizure lasts over 5 minutes
- You don't wake up between seizures
- Confusion that lasts more than 30 minutes after a seizure
- Injury during a seizure
- Fever over 100.4°F (38.0°C)
- Unusual irritability, drowsiness, or confusion
- Stiff or painful neck
- Headache that gets worse

© 2000-2016 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**Final Active Medications List:**

**Other Medications**

**acetaminophen-HYDROcodone (Norco 10 mg-325 mg oral tablet)** 1 Tab Oral 3 times a day as needed for pain.

**gabapentin (gabapentin 300 mg oral capsule)** 1 Capsule Oral 2 times a day. Refills: 1.

**Misc Prescription (Nicotine 21mg transdermal patches)** Use as directed. Refills: 0.

**phenytoin (Dilantin 30 mg oral capsule, extended release)** 1 Capsule Oral once a day (at bedtime). Refills: 0.

**Allergy Info:** Vicodin; penicillin

**Medication Information:**

Ventura County Medical Center ED Physicians provided you with a complete list of medications post discharge, if you have been instructed to stop taking a medication please ensure you also follow up with this information to your Primary Care Physician. Unless otherwise noted, patient will continue to take medications as prescribed prior to the Emergency Room visit. Any specific questions regarding your chronic medications and dosages should be discussed with your physician(s) and pharmacist.

**New Medications**

**Other Medications**

**phenytoin (Dilantin 30 mg oral capsule, extended release)** 1 Capsule Oral once a day (at bedtime). Refills: 0.

Last Dose:____________________

**Medications that have not changed**

**Other Medications**

**acetaminophen-HYDROcodone (Norco 10 mg-325 mg oral tablet)** 1 Tab Oral 3 times a day as needed for pain.
Last Dose:____________________

**gabapentin (gabapentin 300 mg oral capsule)** 1 Capsule Oral 2 times a day. Refills: 1.
Last Dose:____________________

**Misc Prescription (Nicotine 21mg transdermal patches)** Use as directed. Refills: 0.
Last Dose:____________________

**Major Tests and Procedures:**
The following procedures and tests were performed during your ED visit.

**Laboratory Orders**

| Name | Status | Details |
|---|---|---|
| Auto Diff | Completed | Blood, Stat, ST - Stat, Collected, 01-May-2017 10:43:00 PDT, Once, 01-May-2017 10:43:00 PDT, Nurse collect, 01-May-2017 10:43:00 PDT, 15791655.000000 |
| CBCD | Completed | Blood, Stat, ST - Stat, Collected, 01-May-2017 10:43:00 PDT, Once, 01-May-2017 10:43:00 PDT, Nurse collect, Print label Y/N |
| CMP | Completed | Blood, Stat, ST - Stat, Collected, 01-May-2017 10:43:00 PDT, Once, 01-May-2017 10:43:00 PDT, Nurse collect, Print label Y/N |
| DAS | Completed | Urine, Stat, ST - Stat, Collected, 01-May-2017 10:43:00 PDT, Once, 01-May-2017 10:43:00 PDT, Nurse collect, Print label Y/N |
| Ethanol | Completed | Blood, Stat, ST - Stat, Collected, 01-May-2017 10:43:00 PDT, Once, 01-May-2017 10:43:00 PDT, Nurse collect, Print label Y/N |
| Lipase | Completed | Blood, Stat, ST - Stat, 01-May-2017 10:43:00 PDT, Once, 01-May-2017 10:44:00 PDT, Nurse collect, Print label Y/N |
| MG | Completed | Blood, Stat, ST - Stat, 01-May-2017 10:43:00 PDT, Once, 01-May-2017 10:44:00 PDT, Nurse collect, Print label Y/N |
| PHOS | Completed | Blood, Stat, ST - Stat, 01-May-2017 10:43:00 PDT, Once, 01-May-2017 10:44:00 PDT, Nurse collect, Print label Y/N |
| PTN | Completed | Blood, Stat, ST - Stat, 01-May-2017 10:43:00 PDT, 01-May-2017 10:44:00 PDT, Nurse collect, Print label Y/N |

Confidential Saved 2017-08-21T14:34:03Z

| | | |
|---|---|---|
| UADip w/ref to M/C | Completed | Urine, Clean Catch, Stat, ST - Stat, Collected, 01-May-2017 10:43:00 PDT, Once, 01-May-2017 10:43:00 PDT, Nurse collect, Print label Y/N |

**Radiology Orders**

| Name | Status | Details |
|---|---|---|
| CT CHEST ABDOMEN PELVIS ANGIO TRAUMA | Completed | 01-May-2017 10:43:00 PDT, Stat, 01-May-2017 10:43:00 PDT, Reason: Trauma, Transport Mode: Gurney, Standard Precautions, 0.60 mg/dL, No, Rad Type, 0 |
| CT CSPINE W/O IV CONTRAST | Completed | 01-May-2017 10:43:00 PDT, Stat, 01-May-2017 10:43:00 PDT, Reason: Trauma, Transport Mode: Gurney, Standard Precautions, 0.60 mg/dL, No, Rad Type |
| CT HEAD W/O IV CONTRAST | Completed | 01-May-2017 10:43:00 PDT, Stat, 01-May-2017 10:43:00 PDT, Reason: Trauma, Transport Mode: Gurney, Standard Precautions, 0.60 mg/dL, No, Rad Type |
| CT LSPINE W/O IV CONTRAST | Completed | 01-May-2017 10:43:00 PDT, Stat, 01-May-2017 10:43:00 PDT, Reason: Trauma, Transport Mode: Gurney, Standard Precautions, 0.60 mg/dL, No, Rad Type |
| CT TSPINE W/O IV CONTRAST | Completed | 01-May-2017 10:43:00 PDT, Stat, 01-May-2017 10:43:00 PDT, Reason: Trauma, Transport Mode: Gurney, Standard Precautions, 0.60 mg/dL, No, Rad Type |
| EKG (ER/INPATIENT/ URGENT AMBULATORY) | Ordered | 01-May-2017 15:20:00 PDT, Stat, 01-May-2017 15:20:00 PDT, Reason: Other (please specify), Bradycardia, Standard Precautions, No, Rad Type |
| MRI LUMBAR W/O CONTRAST | Completed | 01-May-2017 15:11:00 PDT, Stat, 01-May-2017 15:11:00 PDT, Reason: Other (please specify), possible T12 fracture on CT, 0.64 mg/dL, No, No, No, Patient Has IV, Rad Type, No, No, No |
| RAD FEMUR ROUTINE 2 VWS RIGHT | Completed | Yes, 01-May-2017 10:43:00 PDT, Stat, 01-May-2017 10:43:00 PDT, Reason: Other (please specify), Reason: Trauma, Transport Mode: Gurney, Standard Precautions, No |

Thoracic spine trauma ← Pain

**Cardiology Orders**
No cardiology orders were placed.

**Patient Care Orders**
No patient care orders were placed.

Confidential Saved 2017-08-21T14:34:03Z

**Comment:**

Name: MURRAY, JOHNNY
MRN: 0000884034

9 of 11

05/1/2017 18:21:28

Confidential Saved 2017-08-21T14:34:03Z

I, MURRAY, JOHNNY, has been given the following list of patient education materials, prescriptions, and follow up instructions and has verbalized understanding:
HEAD INJURY w/ Wake-Up (Adult); SEIZURE, Recurrent [Adult]
[phenytoin (Dilantin 30 mg oral capsule, extended release)]

| With: | Address: | When: |
|---|---|---|
| Return to the ER immediately if you have new or worsening symptoms including headache, vomiting, lightheadedness or dizziness, or recurrent seizures | | |

| With: | Address: | When: |
|---|---|---|
| DILANTIN DOSE SHOULD BE INCREASED TO A TOTAL OF 330mg BEFORE BED EVERY DAY. REPEAT DILANTIN LEVELS IN 4 WEEKS. | | |

Patient Signature 5/1/2017 18:21:27 Provider Signature 5/1/2017 18:21:27

MEDICATION ADMINISTRATION RECORD

| NAME OF RN/LVN/PT | INITIAL | NAME OF RN/LVN/PT | INITIAL | NAME OF RN/LVN/PT | INITIAL | NAME OF RN/LVN/PT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | M Gonzalez PT | MG | Boney PT | B | G. Cruz PT | Gu |

**PHENYTOIN SODIUM EXTENDED 100 MG CAPSULE** (phenytoin sod ext 100 mg cap)
TAKE 4 CAPSULES BY MOUTH AT BEDTIME **DOT**

**Fill Date: 6/21/2017**
**Days Supply: 30**
**Orig Fill Date: 6/21/2017**
**Expire Date: 7/21/2017**
**Rx#: 366938644**
**Doctor: J. SAUTER-NP**

| Admin Time | 6/1 | 6/2 | 6/3 | 6/4 | 6/5 | 6/6 | 6/7 | 6/8 | 6/9 | 6/10 | 6/11 | 6/12 | 6/13 | 6/14 | 6/15 | 6/16 | 6/17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| Admin Time | 6/18 | 6/19 | 6/20 | 6/21 | 6/22 | 6/23 | 6/24 | 6/25 | 6/26 | 6/27 | 6/28 | 6/29 | 6/30 | 7/1 | 7/2 | 7/3 | 7/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | X | X | X | B | B | MG | MG | MG | B | B | B | B | B | Gu | Gu | B | |

*Allergies*

NO KNOWN DRUG ALLERGIES

Name: **MURRAY, JOHN**
DOB: 5/14/1968

Building: **WSP-B Yard 3**
CDCR # **BD4172**

Housing
**B 003 1122001LP**

Additional Pages In Use
Yes No

6/21/2017 5:26:38 PM

Confidential Saved 2017-08-21T14:34:03Z

Exibit. 5.

Crono. - M to. Accommodation Chrono.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**COMPREHENSIVE ACCOMMODATION CHRONO**
CDCR 7410 (10/13)

Page 1 of 1

**A. HOUSING**

- ☐ Unrestricted
- ☐ Barrier Free/Wheelchair Access
- ☑ Ground Floor- Limited Stairs
- ☐ Ground Floor- No Stairs
- ☑ Bottom Bunk

- ◉ Permanent
- ○ Temporary
- ○ Expires on

**B. OTHER**

- ☐ Inmate Attendant/ Assistance
- ☐ Full Time Wheelchair User Accommodations
- ☐ Limited Wheelchair User Accommodations
- ☐ Transport Vehicle with Lift
- ☐ Restraint Alert for Non-Emergent Escort or Transportation
- ☐ Extra Time for Meals

**C. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS**

- ☐ UV Exposure Restriction - Restricting direct unprotected sunlight exposure for more than 30 minutes between the hours of 1000-1600
- ☐ Lifting Restriction - Unable to lift more than 19 pounds
- ☑ No rooftop work, no ladders, no hazardous machinery, no sharp objects, and no operating a motorized vehicles

☐ **D. NON FORMULARY ACCOMMODATION(S)**

**E. COMMENTS**

☐ See 7536 Durable Medical Equipment and Supply Receipt

| | | | | | |
|---|---|---|---|---|---|
| Clinician Name: | Sauter, Jeanette@CDCR | CDCR#: | bd4172 | | |
| Clinician Signature: | Digitally Authenticated | Last Name: | MURRAY | | |
| CME Name: | | First Name: | JOHNNY | MI: | C |
| CME Signature: (Non-Formulary Only) | | DOB: | 5/14/1968 | | |
| Date: | 7/7/2017 | Institution: | WSP | | |
| | | Housing: | B 003 1122001L | | |

This form has been approved electronically by Sauter, Jeanette@CDCR on 2017-07-07 08:10:41.

Exibit. 6.



BD4172

## CONFIDENTIAL TRANSFER OF MEDICAL INFORMATION

FACILITY: JAIL MEDICAL SERVICES, County of Ventura Sheriff's Department, 600 South Todd Road, Santa Paula, CA 93060

DATE FORM COMPLETED: 6-20-17

☒ NEEDS IMMEDIATE ATTENTION

☐ NO MEDICAL TREATMENT GIVEN PRIOR TO TRANSFER

INMATE NAME: Murray John Curtus

AKA:

DOB: 5-14-68

ALLERGIES:

MEDICAL / MENTAL HEALTH PROBLEMS: SZ

| MEDICATIONS: | DOSE | ROUTE | FREQUENCY | START DATE | STOP DATE |
|---|---|---|---|---|---|
| Dilantin | 400mg | PO | QHS | 5-2-17 | 7-30-17 |

TREATMENTS:

PREGNANT: ☐ YES ☒ NO ☐ UNKNOWN

TB SKIN TEST: NEG POS DATE unable to locate

CHEST X-RAY: NEG POS DATE

OTHER LAB DATA:

| TESTS: | | | | | TREATED DATE |
|---|---|---|---|---|---|
| RPR: | NEG | POS | YES | NO | |
| VDRL: | NEG | POS | YES | NO | |
| GC: | NEG | POS | YES | NO | |
| OTHER: | | | YES | NO | |

PENDING APPOINTMENTS:

IMMUNIZATIONS GIVEN: DATE

ATTACHMENTS: ☐ YES ☒ NO

COMPLETED BY: [signature] SIGNATURE / TITLE

TRANSPORT INSTRUCTIONS: ☒ UNIVERSAL BODY SUBSTANCE PRECAUTIONS

Confidential Saved 2017-08-21T14:34:03Z

CTMI-X2

J. Murray
Po Box
Wasco CAl 93280
BD4172
neopost
PRIORITY MAIL
09/22/2017
US POSTAGE $007.20
ZIP 93280
041M12251444
RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 25 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY
Attention: Pro Se clerk.
United States District Court.
Central District of Calif.
312 North Spring Street Room G.
Los Angeles. Calif. 90012.

D. Meeks                    9/26/17