JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| JOHNNY CURTHUS MURRAY, | ) NO. CV 17-7121-CAS (AS) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| SHERIFF OFFICER GILLROY, | ) |
| Defendant. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 14, 2019.

*/s/ Christina A. Snyder*

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE